UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| DONALD JONES, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 24-2589 (UNA) |
| | ) | |
| FEMA, U.S. DEPARTMENT OF HOMELAND SECURITY, | ) ) | |
| | ) | |
| Defendant. | ) | |

**MEMORANDUM OPINION**

It appears that plaintiff sought assistance from the Federal Emergency Management Agency ("FEMA") after Hurricane Ian struck Florida in 2022, and that FEMA denied his claim. Insofar as plaintiff brings this suit to challenge FEMA's determination, the complaint must be dismissed for lack of subject matter jurisdiction.

Claims for FEMA disaster relief are governed by the Robert T. Stafford Disaster Relief and Emergency Assistance Act, 42 U.S.C. §§ 5121–5206 ("Stafford Act"), which was amended by Congress in 2000 "to enable FEMA to . . . provide direct assistance to individuals under the Individuals and Households Program [thereby] directly provid[ing] federal grants to qualified applicants, rather than requir[ing] those individuals to seek those grants through federally subsidized, state-run disaster relief funds." *Barbosa v. U.S. Dep't of Homeland Sec.*, 263 F. Supp. 3d 207, 211 (D.D.C. 2017), *aff'd*, 916 F.3d 1068 (D.C. Cir. 2019). The Stafford "Act's discretionary function exception prevents the federal government from being held liable for 'any claim based upon the exercise or performance of or the failure to exercise or perform a discretionary function or duty on the part of the federal agency or an employee of the federal

1

government in carrying out the provisions of' Chapter 42 of the United States Code." *Id*. at 216 (quoting 42 U.S.C. § 5148).  Unfortunately for plaintiff, FEMA's decision to pay a claim, or not, is a discretionary function, and the Court lacks subject matter jurisdiction to review plaintiff's claim under the discretionary function exception of the Stafford Act.  *See id*. at 223.

      An Order is issued separately.

DATE: March 11, 2025                                                      /s/
                                                                                       CHRISTOPHER R. COOPER
                                                                                       United States District Judge